IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUANE E. NORMAN, SR., on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>TRANS UNION, LLC,<br><br>*Defendant.* | Civil Matter No. 18-cv-05225-GAM |

**DECLARATION OF DAVID B. LASATER, Ph.D.**

I, David B. Lasater, Ph.D., under 28 U.S.C. § 1746, hereby declare and state as follows:

1. All of the matters set forth in this declaration are of my own personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached as Exhibit A is a copy of my Expert Report dated March 11, 2022.

3. Attached as Exhibit B is a copy of my Expert Rebuttal Report dated April 15, 2022.

4. Attached as Exhibit C is a copy of my Supplemental Expert Rebuttal Report dated May 3, 2022.

5. When preparing my reports, I strove to accurately describe my opinions, and the basis for my opinions, in each report.

6. I was deposed in this matter on May 5, 2022, and during my deposition I was asked certain questions about Exhibits A-C.

7. Exhibits A-C, as well as my related deposition testimony, accurately and completely reflect the opinions I have formulated in this matter, and the basis for those opinions.

8. If called to testify at a hearing or at trial, I am prepared to testify as to those opinions, and the basis for those opinions, as reflected in Exhibits A-C, as well as my related deposition testimony.

I, David B. Lasater, Ph.D., declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of June, 2022, at Houston, Texas.

_David B. Lasater_
David B. Lasater, Ph.D.

# EXHIBIT A
# FILED UNDER SEAL

# EXHIBIT B
# FILED UNDER SEAL

# EXHIBIT C
# FILED UNDER SEAL