# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DUANE E. NORMAN, SR.** | : | |
| *ON BEHALF OF HIMSELF AND* | : | |
| *ALL OTHERS SIMILARLY SITUATED* | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 18-5225** |
| | : | |
| **TRANS UNION, LLC** | : | |

## ORDER

This 10th day of April, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Decertification, ECF 83, and Defendant's Motion for Summary Judgment, ECF 75, are **DENIED**.

It is further **ORDERED** that Plaintiffs' Motion to Strike Certain Declarations, Expert Reports, and Documents, ECF 85, and Defendant's Motion to Bar Opinions, ECF 102, are **DENIED** to the extent they seek total preclusion of witnesses, without prejudice to reconsideration as to the permissible scope of opposing experts' testimony closer to trial.

/s/ Gerald Austin McHugh
United States District Judge