IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUANE E. NORMAN, SR.,<br>on behalf of himself and all others similarly situated,<br><br>    *Plaintiff,*<br><br>    v.<br><br>TRANS UNION, LLC,<br><br>    *Defendant.* | No. 2:18-cv-05225-GAM |

### PLAINTIFF DUANE E. NORMAN, SR.'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT (UNOPPOSED)

Plaintiff Duane E. Norman, Sr., filed this consumer class action alleging, on behalf of himself and others similarly situated, that Defendant Trans Union, LLC ("Trans Union" or "Defendant") violated the Fair Credit Reporting Act ("FCRA") by failing to properly perform reinvestigations of consumers' written disputes of inquiries. After over six years of contentious litigation, during which the parties fully briefed and argued for class certification, decertification and summary judgment, and Defendant's two attempts to reverse this Court's rulings by interlocutory appeal, the parties reached a class-wide settlement in the days leading up to trial. The written Class Action Settlement Agreement and Release ("Agreement") is attached as Exhibit 1.

The Agreement provides a cash fund of $23,000,000.00 for this Settlement Class consisting of approximately 485,000 individuals who submitted a written dispute to Trans Union. After payment of attorney fees, litigation expenses, a service award to Plaintiff, and administration costs, the proposed Agreement provides members of this Settlement Class with an automatic cash payment of $20.00 and an opportunity to submit a claim form to obtain an enhanced recovery of up to approximately $160.00. If sufficient funds remain, the Agreement calls for a second distribution. In addition to monetary benefits, the Agreement also requires Trans Union to implement changes to

its practices for handling consumer disputes and/or challenges of inquiries, adding even more value to the proposed settlement.

Plaintiff accordingly moves the Court to preliminarily approve the proposed Agreement to settle on a class-wide basis and to notify the Settlement Class of the proposal, along with their right to object or opt out, pursuant to Federal Rule of Civil Procedure 23(e)(1)-(2). In support, Plaintiff incorporates by reference his Memorandum of Law and exhibits filed herewith. A proposed form of order is attached as Exhibit A to the Settlement Agreement.

Dated: February 14, 2025

Respectfully submitted,

DUANE E. NORMAN, *by his attorneys*,

/s/ Cary L. Flitter
Cary L. Flitter
Andrew M. Milz
Jody T. López-Jacobs
FLITTER MILZ, P.C.
450 N. Narberth Ave., Suite 101
Narberth, PA 19072
(T) 610-822-0782
(F) 610-667-0552
cflitter@consumerslaw.com
amilz@consumerslaw.com
jlopez-jacobs@consumerslaw.com

James A. Francis
John Soumilas
Lauren KW Brennan
FRANCIS & MAILMAN, P.C.
1600 Market Street, 25th Floor
Philadelphia, PA 19103
(T) 215-735-8600
(F) 215-940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com

## CERTIFICATE OF SERVICE

I certify that on February 14, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which causes an electronic copy of the foregoing document to be served on all counsel of record via CM/ECF.

>  /s/ Cary L. Flitter
>  Cary L. Flitter