IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUANE E. NORMAN, SR., on behalf of himself and all others similarly situated,<br><br>   *Plaintiff,*<br><br>  v.<br><br>TRANS UNION, LLC,<br><br>   *Defendant.* | No. 2:18-cv-05225-GAM |

### PLAINTIFF DUANE E. NORMAN, SR.'S MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

  Plaintiff Duane E. Norman, Sr., filed this consumer class action alleging, on behalf of himself and others similarly situated, that Defendant Trans Union, LLC ("Trans Union" or "Defendant") violated the Fair Credit Reporting Act ("FCRA") by failing to properly perform reinvestigations of consumers' written disputes of inquiries. After over six years of contentious litigation, during which the parties fully briefed and argued class certification, decertification, and summary judgment, and Defendant's two attempts to reverse this Court's rulings by interlocutory appeal, the parties reached a class-wide settlement in late December 2024, shortly before the January 21, 2025 trial was scheduled to commence. The written Class Action Settlement Agreement and Release ("Agreement") is attached as Exhibit 1.

  The Agreement provides a cash fund of $23,000,000.00 for this Settlement Class consisting of nearly 450,000 individuals who submitted a written dispute to Trans Union. After payment of attorney fees, litigation expenses, a service award to Plaintiff, and administration costs, the proposed Agreement provides members of this Settlement Class with an automatic cash payment of $20.00 and an opportunity to submit a claim form to obtain an enhanced recovery dependent on the

number of claims.[1] Of the Settlement Class Members noticed, 12,479 have submitted claims, constituting approximately, 2.78% of the Settlement Class, which means that such claimants are expected to receive payments of at least $360.00. If sufficient funds remain after the first distribution, the Agreement calls for a second distribution to all class members if it would yield at least $10.00 per Class Member.

In addition to monetary benefits, the Agreement also requires Trans Union to implement changes to its practices for handling consumer disputes and/or challenges of inquiries, adding even more value to the proposed settlement. In exchange for this class-wide relief, Settlement Class Members release only the claims pleaded in the Complaint under 15 U.S.C. § 1681i(a)(1) and (2).

On February 24, 2025, this Court entered an Order Preliminarily Approving Settlement and Directing Notice to the Class (ECF 156). Pursuant to the Court's Order, notice of the Settlement was sent to the Class, advising them of their right to exclude themselves from the Settlement, or to object to any aspect of it (including the counsel fee and service award) by June 24, 2025. Of the nearly half a million individuals noticed, only ten have validly objected, constituting a mere 0.002% of the Settlement Class.

Plaintiff files the instant Motion for Final Approval of Class Action Settlement. As set forth more fully below, the settlement is eminently "fair, reasonable, and adequate" within the meaning of Fed. R. Civ. P. 23(e)(2) and should be approved. In support, Plaintiff incorporates by reference his Memorandum of Law and exhibits filed herewith. A proposed form of order negotiated by the parties is attached as Exhibit A to the Settlement Agreement (Ex. 1).

---

[1] Plaintiff's requested service award and attorney fees and expenses are the subject of Plaintiff's separately filed Motion for a Service Award to Plaintiff and for an Award of Attorney Fees and Reimbursement of Litigation Costs and Expenses to Class Counsel (ECF 173).

Dated: <u>July 7, 2025</u>                                        Respectfully submitted,

                                              DUANE E. NORMAN, *by his attorneys*,

                                              <u>/s/  Andrew M. Milz</u>
                                              Cary L. Flitter
                                              Andrew M. Milz
                                              Jody T. López-Jacobs
                                              Edward M. Flitter
                                              FLITTER MILZ, P.C.
                                              450 N. Narberth Ave., Suite 101
                                              Narberth, PA 19072
                                              (T) 610-822-0782
                                              (F) 610-667-0552
                                              cflitter@consumerslaw.com
                                              amilz@consumerslaw.com
                                              jlopez-jacobs@consumerslaw.com

                                              James A. Francis
                                              John Soumilas
                                              Lauren KW Brennan
                                              FRANCIS & MAILMAN, P.C.
                                              1600 Market Street, 25th Floor
                                              Philadelphia, PA 19103
                                              (T) 215-735-8600
                                              (F) 215-940-8000
                                              jfrancis@consumerlawfirm.com
                                              jsoumilas@consumerlawfirm.com
                                              lbrennan@consumerlawfirm.com

## CERTIFICATE OF SERVICE

I certify that on July 7, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which causes an electronic copy of the foregoing document to be served on all counsel of record via CM/ECF.

/s/ Andrew M. Milz
ANDREW M. MILZ